IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

AMELIA MASK o.b.o E.A.C.M.,
a minor                                                                  PLAINTIFF

V.                              CASE NO. 1:17-CV-104-JLH-BD

SOCIAL SECURITY ADMINISTRATION                                           DEFENDANT

## JUDGMENT

In accordance with the Order entered this day, judgment is hereby entered in favor of Plaintiff Amelia Mask and against the Social Security Administration. This is a sentence four remand under 42 U.S.C. §405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89, 97-103 (1991).

DATED this 4th day of June, 2018.

_____
UNITED STATES MAGISTRATE JUDGE